licitor *General Fahy* and *Assistant Attorney General Berge* for the United States.

Nos. 731 and 732. STARR, ATTORNEY GENERAL, *v.* SCHRAM, RECEIVER. December 22, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. Herbert J. Rushton,* Attorney General of Michigan, *James F. Shepherd,* Chief Assistant Attorney General, and *Merlin Wiley* for petitioner. *Messrs. Robert S. Marx, Frank E. Wood,* and *George P. Barse* for respondent.

No. 729. HALVERSON, BENEFICIARY, *v.* UNITED STATES. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Joseph J. Witry* for petitioner. *Solicitor General Fahy* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Keith L. Seegmiller* and *W. Marvin Smith* for the United States.

No. 661. AMERICAN TRI-ERGON CORP. ET AL. *v.* RADTKE PATENTS CORP. ET AL.;

No. 705. RADTKE PATENTS CORP. ET AL. *v.* COE, COMMISSIONER OF PATENTS, ET AL.; and

No. 740. WHITSON PHOTOPHONE CORP. ET AL. *v.* COE, COMMISSIONER OF PATENTS, ET AL. December 22, 1941. Petitions for writs of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Kenneth S. Neal* for petitioners in No. 661; *Mr. Leonard Day* for petitioners in No. 705; and *Mr. Joseph A. Shay* for petitioners in No. 740. *Assistant Solicitor General Fahy, Assistant Attor-*

*ney General Shea,* and *Messrs. Melvin H. Siegel* and *Paul A. Sweeney* for the Commissioner of Patents in No. 661. *Solicitor General Fahy* for the Commissioner of Patents in Nos. 705 and 740. Reported below: 122 F. 2d 937.

No. 739. KILLOREN, TRUSTEE, *v.* NATIONAL LABOR RELATIONS BOARD. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Lon O. Hocker* and *Harry S. Gleick* for petitioner. *Solicitor General Fahy* and *Messrs. Robert B. Watts, Laurence A. Knapp,* and *A. Norman Somers* for respondent.

No. 741. SKENANDOA RAYON CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace R. Lamb* for petitioner. *Solicitor General Fahy* and *Messrs. J. Louis Monarch* and *Newton K. Fox* for respondent.

No. 746. HUDSON MOTOR CAR CO. *v.* HERTZ, ADMINISTRATOR; and

No. 747. MOTOR WHEEL CORP. *v.* HERTZ, ADMINISTRATOR. December 22, 1941. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ivin E. Kerr* for petitioners. *Messrs. Harold H. Emmons* and *Robert H. McNeill* for respondent. Reported below: 121 F. 2d 326.

No. 748. VEST *v.* FEDERAL DEPOSIT INSURANCE CORP., RECEIVER. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ernest Woodward* for petitioner.